## No. 15,901.

### DELL *v*. CITY OF COLORADO SPRINGS.
(190 P. [2d] 129)

Decided February 9, 1948.   Rehearing denied March 1, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. GEORGE M. GIBSON, for plaintiff in error.

Mr. BEN S. WENDELKEN, for defendant in error.